```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID PETERSEN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  2:10-CR-00271-EFB
                                 )
12          Plaintiff,           )  ORDER DISCHARGING
                                 )  PROBATION AND DISMISSING
13      v.                       )  PROCEEDINGS
                                 )
14  KYLE A. GONZALEZ,            )
                                 )
15          Defendant.           )
    _____)
16
17      The United States of America reports that the defendant,
18  Kyle A. Gonzalez, has complied with the conditions of probation
19  and recommends discharge from probation and dismissal of
20  proceedings without a judgment of conviction.
21      Pursuant to 18 U.S.C. § 3607, it is Hereby Ordered that the
22  defendant is discharged from probation and the proceedings are
23  dismissed without a judgment of conviction.
24      SO ORDERED.
25  Dated: May 3, 2012.                  _____
26                                       EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE
27
28
```